# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:09-CR-170(1) |
| | § | |
| EMRICK CHRISTOPHER KNIGHT | § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's Doc. No. 147]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with no additional term of supervision to follow.

The defendant filed his notice of no objections to the magistrate judge's recommendation [Clerk's Doc. No. 148]. The Government has not filed objections. After review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Clerk's Doc. No. 147] are **ADOPTED**. The Court finds that the defendant, Emrick Christopher Knight, violated conditions of his supervised release. The Court accordingly **ORDERS** that the defendant's term of

1

supervision is **REVOKED**. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Mr. Knight to serve a term of **eight (8) months plus 71 days imprisonment**, with no further supervision to follow.

The defendant is currently released on conditions of supervision. The Court will accordingly impose a self-surrender date in the separate revocation judgment.

**SIGNED** this the 17 day of **December, 2018.**

_____
Thad Heartfield
United States District Judge